UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO RUBIO-HURTADO (1),<br>GORGE OCTAVIO VAQUERA GALLARDO (2),<br><br>Defendants. | CASE NO.:  21-cr-00521-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for June 18, 2021 at 1:30 p.m., is continued to July 23, 2021 at 1:30 p.m.  Defendants shall file acknowledgements of the new hearing date by July 2, 2021.

Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  June 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge