UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO RUBIO-HURTADO (1),<br>GEORGE OCTAVIO VAQUERA GALLARDO (2),<br><br>Defendants. | CASE NO.:  21-cr-00521-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for July 23, 2021 at 1:30 p.m. shall be continued to August 27, 2021 at 1:30 p.m.  Defendant Gallardo shall file an acknowledgment of the new hearing date by August 13, 2021.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  July 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge